AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| UNALIWEAR, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-01214-RWS-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNALIWEAR, INC.                                                                                                        .

Date:     12/18/2025

/s/ Sarah Wang
*Attorney's signature*

Sarah Wang NY SBN 5334602
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Address*

swang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|