# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNALIWEAR, INC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants.* | Case No. 2:25-cv-01214-RWS-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. **Dkt. No. 12**. Having considered the motion, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to April 13, 2026.

**SIGNED this 31st day of December, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE