| Attorney or Party without Attorney: <br> Reza Mirzaie (SBN 246953) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> *Telephone No:* 310-826-7474 <br> *Attorney For:* Plaintiff | | For Court Use Only |
|---|---|---|
| | *Ref. No. or File No.:* 5078-002A | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| *Plaintiff:* UNALIWEAR, INC. <br> *Defendant:* SAMSUNG ELECTRONICS CO., LTD.; ET AL | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-cv-01214-RWS-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Complaint; Civil Cover Sheet; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Appearance Of Counsel (Hyde); Appearance Of Counsel (Tsuei); Appearance Of Counsel (Aichele); Appearance Of Counsel (Paladino); Appearance Of Counsel (Rubin); Appearance Of Counsel (Wang); Application To Appear Pro Hac Vice

3. a. Party served:    SAMSUNG ELECTRONICS AMERICA, INC.
   b. Person served:   Shaina Fennimore, Authorized to Accept Service for CT Corp., Registered Agent, Served Under F.R.C.P. Rule 4.

4. Address where the party was served:    1999 Bryan Street, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 23 2025 (2) at: 02:25 PM

6. **Person Who Served Papers:**
   a. Kim Shaw
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. **The Fee** for Service was: $402.20

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/24/2025
(Date)

*(Signature)* Kim Shaw



PROOF OF SERVICE

14845606
(17592530)