# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNALIWEAR, INC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br><br>*Defendants*. | Civil Action No. 2:25-cv-01214-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION TO STAY ACTION PENDING ITC DETERMINATION

On this day came for consideration Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Stay Action Pending ITC Determination. After considering the same, the Court is of the opinion that the Motion should be GRANTED.